1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDIE JORDAN,

          Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No.  24-cv-03776-DMR

**ORDER TO SHOW CAUSE RE
SERVICE OF COMPLAINT**

      Plaintiff Brandie Jordan filed the complaint on June 25, 2024.  It appears that the summons and complaint have not yet been served on Defendants.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than October 4, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

      **IT IS SO ORDERED.**

Dated: October 1, 2024



Donna M. Ryu
Chief Magistrate Judge
Judge Donna M. Ryu