UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDIE JORDAN,

          Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No. 24-cv-03776-DMR

**SECOND ORDER TO SHOW CAUSE**

On October 1, 2024, the court ordered Plaintiff Brandie Jordan to show cause in writing by October 4, 2024 why this action should not be dismissed for failure to serve the summons and complaint on Defendants. [Docket No. 13 (OSC).] Plaintiff did not comply. By no later than October 10, 2024, Plaintiff shall show cause in writing why she should not be sanctioned for failure to respond to the first OSC, and shall simultaneously file a response to the first OSC.

**IT IS SO ORDERED.**

Dated: October 8, 2024



Donna M. Ryu
Chief Magistrate Judge