UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-03776-DMR<br><br>**THIRD ORDER TO SHOW CAUSE** |

On October 1, 2024, the court ordered Plaintiff Brandie Jordan to show cause in writing by October 4, 2024 why this action should not be dismissed for failure to serve the summons and complaint on Defendants. [Docket No. 13 (OSC).] Plaintiff then filed an administrative motion to relate the case to Case No. 4:22-cv-05137 YGR, *M.R. v. Federal Correctional Institution "FCI" Dublin, et al.* (N.D. Cal., filed Sept. 9, 2022). The Clerk issued an electronic filing error notifying Plaintiff that the motion was improperly filed and should be filed in the lower-numbered case, and the motion was terminated. *See* Civ. L.R. 3-12(b). Plaintiff did not respond to the OSC and did not re-file the administrative motion to relate the case in *M.R.*, the lower-numbered case.

On October 8, 2024, the court ordered Plaintiff to show cause in writing by October 10, 2024 why she should not be sanctioned for failure to respond to the first OSC, and to simultaneously file a response to the first OSC. [Docket No. 15 (Second OSC).] Plaintiff again failed to respond.

Accordingly, Plaintiff is hereby ORDERED to respond to the first two OSCs by no later October 22, 2024. Failure to respond may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 17, 2024



_____
Donna M. Ryu
Chief Magistrate Judge