UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRANDIE JORDAN,  Plaintiff,  v.  UNITED STATES OF AMERICA, et al.,  Defendants. | Case No. 24-cv-03776-AMO  **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**  Re: Dkt. No. 18 |
|---|---|

The Court has reviewed Chief Magistrate Judge Donna M. Ryu's Report and Recommendation to dismiss the complaint without prejudice for failure to prosecute. No objections were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court **DISMISSES** this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 12, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**